IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2006-cv-02577-EWN-PAC

TROYAN CORPORATION, a Colorado corporation,
        Plaintiff,

v.

THE TRAVELERS PROPERTY CASUALTY COMPANY and THE PHOENIX INSURANCE
COMPANY,

        Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

---

        This matter comes before the Court on stipulated Motion by the Plaintiff, Troyan

Corporation and the Defendants, The Travelers Property Casualty Company and Phoenix

Insurance Company.  These parties stipulated and jointly moved the Court to enter Orders

dismissing this action, with prejudice, with each party to assume and pay its own fees and costs

incurred in relation thereto.  This Court is empowered to grant the relief requested in this Motion

by Fed. R. Civ. Pro. 41.

        The Court has reviewed the Motion, and being sufficiently advised in the premises, the

Court hereby Orders that said Motion is hereby GRANTED, as follows:

        1.        This action and Plaintiff's Complaint and Jury Demand against Defendants are

                hereby dismissed with prejudice, with each party to assume and pay their own

                fees and costs.

DATED this 2nd day of May, 2007.

BY THE COURT:


s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE